IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02865–DME–KMT

RYAN TUTEUR,

      Plaintiff,

v.

THE REINALT-THOMAS CORPORATION, D/B/A DISCOUNT TIRE
COMPANY/AMERICA'S TIRE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on the "Stipulation to Resolve Partial Motion to Compel by Amendment of Complaint to Add Additional Party Defendant" (Doc. No. 19, filed July 1, 2011), the "Partial Motion to Compel Discovery Answers and Responses" (Doc. No. 12, filed May 25, 2011) is DENIED as moot. The motion hearing set for July 11, 2011, is VACATED.

Dated: July 1, 2011