IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-CV-02865-DME-KMT

RYAN TUTEUR,

     Plaintiff,

v.

THE REINALT-THOMAS CORPORATION, D/B/A DISCOUNT TIRE COMPANY/AMERICA'S TIRE COMPANY; and
DISCOUNT TIRE COMPANY OF COLORADO, INC.

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

NOW before the Court is the Joint Motion to Dismiss of the parties to this action. Upon review of such Joint Motion to Dismiss with Prejudice, this Court finds that an Order of Dismissal with Prejudice should be entered.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed with prejudice pursuant to the Joint Motion to Dismiss submitted by all parties to this action, with all parties to bear their own costs and fees.

DONE this   23rd   day of   November  , 2011.

                                                                        BY THE COURT:

                                                                        *s/ David M. Ebel*

                                                                        U. S.  CIRCUIT COURT JUDGE
                                                                        DISTRICT OF COLORADO